# Exhibit 2

# (Under Seal)

# Exhibit 3

(Under seal)