IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Brunett & Esnard IP, LLC | Case No.: 24-cv-01137 |
| Plaintiff, | |
| v. | Judge: Hon. Nancy L. Maldonado |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | Magistrate: Hon. Young B. Kim |
| Defendants. | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff, Brunett & Esnard IP, LLC, files this Motion requesting leave to file the following documents under seal: (1) Schedule A to the Complaint; (2) Exhibits 2, and 3 to the Complaint; (3) Exhibits 2 and 3 to the Declaration of Kevin Keener in Support of Plaintiff's Motion for an Entry of an *Ex Parte* Temporary Restraining Order.

In this action, Plaintiff is requesting temporary *ex parte* relief for patent infringement. Due to the nature of the infringing activities, sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to service of process. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief.

We know it is likely Defendants will impede justice because Defendants participate in or operate a website, sellerdefense.cn, that monitors this District's PACER filings and screens for Plaintiff counsel's filings as well as all Trademark and Patent filings throughout the District. Without sealing these filings, Plaintiffs will have their remedies thwarted.

Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Dated:  February 11, 2024

Respectfully submitted,

By:            /s/   Kevin Keener
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601 (312) 523-2164
kevin.keener@keenerlegal.com
