IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Brunett & Esnard IP, LLC | Case No.: 24-cv-01137 |
| Plaintiff, | |
| v. | Judge: Hon. Nancy L. Maldonado |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | Magistrate: Hon. Young B. Kim |
| Defendants. | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION**

Plaintiff, Brunett & Esnard IP, LLC, by and through its undersigned counsel, respectfully request that it be given leave to file its brief in support of Plaintiff's *Ex Parte* Motion For Entry of a (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by Email Order (collectively, the "Ex Parte Application for TRO") in excess of 15 pages.

Plaintiff's *Ex Parte* Motion for a TRO includes four (4) separate Motions regarding Plaintiff's patent rights, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content relevant to each separate Motion that should be considered. Plaintiff's brief is thirty (30) pages, which is substantially less than the sixty (60) page limit allowed if all four motions were filed separately.

Plaintiff, therefore, respectfully requests that they be granted leave to file a combined brief in excess of 15 pages for purposes of judicial efficiency.

Dated this February 11, 2024

                                                Respectfully submitted,

By:      /s/ Kevin Keener
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com