# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Brunett & Esnard IP, LLC | Case No.: 24-cv-01137 |
| Plaintiff, | |
| v. | Judge: Hon. Nancy L. Maldonado |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | Magistrate: Hon. Young B. Kim |
| Defendants. | |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) ASSET RESTRAINING ORDER, (3) EXPEDITED DISCOVERY ORDER, AND (4) SERVICE OF PROCESS BY EMAIL**

Plaintiff seeks entry of an *ex parte* (1) Temporary Restraining Order; (2) Asset Restraining Order; (3) Expedited Discovery Order; and (4) Service of Process by Email Order on an action arising out of 35 U.S.C. § 271(a).

A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this February 11, 2024

Respectfully submitted,

By: /s/ Kevin Keener
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com