# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Brunett & Esnard IP, LLC

                Plaintiff,

v.                                        Case No.: 1:24−cv−01137
                                                                Honorable Nancy L. Maldonado

The Partnerships and Unincorporated Associations
Identified in Schedule A

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 12, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado: Plaintiff's motion for leave to file under seal [6] and motion for leave to file excess pages for Plaintiff's memorandum in support of its temporary restraining order [7] are granted. Plaintiff's current Schedule A lists 438 defendants. Plaintiff shall review the opinion in Estee Lauder Cosmetics Ltd. v. The P'ships & Uninc. Ass'ns Identified on Schedule A, Case No. 19−cv−7878, 2020 WL 433870 (N.D. Ill. Jan. 27, 2020), and file a supplemental memorandum addressing the propriety of joinder of all 438 defendants by 03/11/24. By the same deadline, Plaintiff may file an amended complaint with a subset of the defendants along with a memo explaining why joinder of those defendants is proper. In the event that Plaintiff files an amended Schedule A with a subset of the defendants, Plaintiff should file only screenshots relevant to defendants on the amended Schedule A.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.