**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Brunett & Esnard IP, LLC | ) | Case No.: 24-cv-01137 |
| Plaintiff, | ) | |
| v. | ) | Judge: Hon. Nancy L. Maldonado |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | ) | Magistrate: Hon. Young B. Kim |
| Defendants. | ) | |

**DECLARATION OF KEVIN KEENER**

I, Kevin Keener, of Chicago, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order (the "*Ex Parte* Motion for TRO") and, if called as a witness, I could and would competently testify as follows:

2. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, the United States District Court for the Northern District of Illinois.

3. Plaintiff has amended Schedule A in this case to include 243 Defendants. All of these 243 Defendants are infringing Plaintiff's patent in the same manner in that they all are selling an identical product that appears to be obtained from a common manufacturer.

4. A listing of selected examples Defendants' unauthorized patent infringement on the Infringing Webstore listings to advertise the sale of Counterfeit Products is attached as Exhibit 2 (under seal). This document was prepared by the Plaintiff

and their contractors under their direction and supervision and I have authenticated the listings myself and confirmed that each of the Defendants have offered to sell and ship infringing products to Chicago. In this exhibit, selected screenshots of the listings from Defendants' Infringing Webstores offer products for sale in the United States that read on U.S. Patent No. 9,661,909 ("the '909 Patent"). The Defendants also all show common features including utilizing images from Plaintiff's own website to sell Counterfeit Products.

5. I am an attorney registered to prosecute patents before the USPTO. My USPTO registration number is 70350. I was registered with the USPTO on October 15, 2012. I have over twelve years of experience drafting patent applications. I have drafted several applications for commercial products similar to the product covered by the '909 Patent. Many applications that I have drafted have been allowed by the USPTO and have issued as patents.

6. Attached as Exhibit 3 is a true and accurate series of claim charts prepared that establish how each of the 243 Defendants infringed the '909 Patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this March 11, 2024

                                                                    /s/ Kevin Keener
                                                                    Kevin Keener